**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00714-NYW

ESTATE OF BARTON GRUBBS, and
TANYA SMITH, individually and as the personal representative of the
Estate of Barton Grubbs,

    Plaintiffs,

v.

THE COLORADO STATE PATROL,
THE WELD COUNTY SHERIFF'S OFFICE,
BOARD OF THE COUNTY COMMISSIONERS OF THE COUNTY OF WELD,
WELD COUNTY SHERIFF STEVE REAMS, in his Official and Individual Capacity,
WELD COUNTY SHERIFF JOHN COOKE, in his Official and Individual Capacity,
EXECUTIVE DIRECTOR STAN HILKEY, Colorado Department of Public
Safety, in his Official and Individual Capacity,
COLORADO STATE PATROL CHIEF SCOTT HERNANDEZ, in his
Official and Individual Capacity,
CORRECT CARE SOLUTIONS, LLC,
WELD COUNTY DEPUTY ANTONIO CANO, in his Official Capacity,
COLORADO STATE PATROL TROOPER TRAVIS TYNDALL, in his
Official and Individual Capacity, and
CHRISTIN HERNANDEZ, in her Official and Individual Capacity,

    Defendants.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING**
**DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM**

---

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

    IT IS ORDERED:

    1. The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**May 24, 2016 at 3:30 p.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

2. A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before seven days prior to the Scheduling Conference:

**May 17, 2016**

3. The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**May 10, 2016**

4. The parties shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before:

**21 days prior to scheduling conference**

Pursuant to Fed. R. Civ. P. 26(d), no discovery will be deemed served until at least the pre-scheduling conference meeting contemplated by Fed. R. Civ. P. 26(f).

5. The parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before:

**14 days after the pre-scheduling conference meeting**.


DATED: April 4, 2016

BY THE COURT:


s/Nina Y. Wang_____
United States Magistrate Judge