IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.:     16-cv-00714-PAB-STV         Date:   July 25, 2018
Courtroom Deputy:  Sabrina Grimm                  Court Reporter:  Janet Coppock

*Parties:*                                                          *Counsel:*

ESTATE OF BARTON GRUBBS, and                                        Todd Bovo
TANYA SMITH, individually and as the personal                       Paula Bovo
representative of the Estate of Barton Grubbs,

   Plaintiffs,

v.

THE WELD COUNTY SHERIFF'S OFFICE,
BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF WELD,
CORRECT CARE SOLUTIONS, LLC, and                                    Eric Schoonveld
CHRISTIN HERNANDEZ, in her individual and official                  Todd Stalmack
capacity,

   Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 3**

**8:34 a.m.        Court in session.**

Court calls case.  Appearances of counsel.

Also present and seated at defendants' counsel table, Kelly Werner, client representative for Correct Care Solutions.

Discussion regarding objections to Dr. Campbell's testimony.

Dr. Campbell's testimony will be limited to the treatment he provided.

8:45 a.m.        Jurors present.

Plaintiffs' witness, Dr. Margo Geppart, sworn.

8:46 a.m.        Direct examination of Dr. Geppart by Mr. Bovo.

9:17 a.m. to 9:28 a.m.        Bench conference.

Continued direct examination of Dr. Geppart by Mr. Bovo.

9:42 a.m.        Reference to the March 31, 2018 deposition transcript of Dr. Geppart.

Jurors excused.

**9:45 a.m.        Court in recess.**
**10:02 a.m.       Court in session.**

Jurors present.

10:04 a.m.       Continued direct examination of Dr. Geppart by Mr. Bovo.

10:18 a.m. to 10:25 a.m.        Bench conference.

Continued direct examination of Dr. Geppart by Mr. Bovo.

**Plaintiffs' Exhibit 10 (pgs. 1192-1198) are admitted.**

11:05 a.m.       Cross examination of Dr. Geppart by Mr. Stalmack.

11:16 a.m.       Redirect examination of Dr. Geppart by Mr. Bovo.

Witness excused.

Plaintiff's witness, Kelly Werner, sworn.

11:26 a.m.       Direct examination of Ms. Werner by Ms. Bovo.

Jurors excused.

**12:05 p.m.      Court in recess.**
**1:45 p.m.       Court in session.**

Jurors present.

1:46 p.m.        Continued direct examination of Ms. Werner by Ms. Bovo.

1:54 p.m.        Cross examination of Ms. Werner by Mr. Stalmack.

**Defendants' Exhibit B-17 is admitted.**

2:35 p.m.        Redirect examination of Ms. Werner by Ms. Bovo.

2:39 p.m. to 2:40 p.m.        Bench conference.

Continued redirect examination of Ms. Werner by Ms. Bovo.

Witness excused.

Plaintiffs' witness, Sergeant Carla Escobar, sworn.

2:48 p.m.        Direct examination of Sergeant Escobar by Ms. Bovo.

**Plaintiffs' Exhibit 10 (pgs. 1199-1203 and video 1204) are admitted.**

3:06 p.m.        Cross examination of Sergeant Escobar by Mr. Schoonveld.

**Defendants' Exhibit B-32 (pgs. 133-134), as modified by witness, and B-33 are admitted**

3:25 p.m.        Redirect examination of Sergeant Escobar by Ms. Bovo.

Witness excused.

Jurors excused.

**3:28 p.m.        Court in recess.**
**3:50 p.m.        Court in session.**

3:52 p.m.        Jurors present.

Plaintiffs' witness, Dr. Richard Campbell, sworn.

3:53 p.m.        Direct examination of Dr. Campbell by Mr. Bovo.

**Plaintiffs' Exhibits 32 and 29 are admitted.**

4:04 p.m. to 4:06 p.m.        Bench conference.

Continued direct examination of Dr. Campbell by Mr. Bovo.

4:17 p.m. to 4:20 p.m.        Bench conference.

**Plaintiffs' Exhibit 18 is refused.**

Continued direct examination of Dr. Campbell by Mr. Bovo.

4:35 p.m.         Cross examination of Dr. Campbell by Mr. Schoonveld.

4:40 p.m.         Redirect examination of Dr. Campbell by Mr. Bovo.

Witness excused.

4:46 p.m. to 4:49 p.m.         Bench conference.

Court instructs jurors.  Juror excused until July 26, 2018 at 8:30 a.m.

Discussion regarding scheduling and Rule 50 motion.

**4:56 p.m.         Court in recess.**

Trial continued.
Total in-court time:    6:03